**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

INTERNATIONAL SOURCING
GROUP, LTD.,

    Plaintiff,

v.                                           Case No. 3:22-cv-318-TJC-LLL

WAREHOUSE HOLDINGS, INC.,

    Defendant.

## O R D E R

The Court **APPROVES** the parties' Stipulated Consent Judgment. (Doc. 17). The Court will separately enter the Stipulated Consent Judgment. Accordingly, it is now

**ORDERED:**

1. The parties shall have until **January 6, 2023** to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by the **January 6, 2023** deadline, this case will automatically be deemed to be dismissed without prejudice. The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3. All pending motions and deadlines are terminated.

Page 2

**DONE AND ORDERED** in Jacksonville, Florida the 7th day of November, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record