## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

INTERNATIONAL SOURCING
GROUP, LTD.,

      Plaintiff,

v.                                   Case No. 3:22-cv-318-TJC-LLL

WAREHOUSE HOLDINGS, INC.,

      Defendant.

_____

## CONSENT JUDGMENT

In light of Plaintiff International Sourcing Group LTD and Defendant Warehouse Holdings, Inc.'s Stipulation for Entry of Order and Consent Judgment, the Court hereby enters the following consent judgment:

It is hereby ORDERED, that judgment be and is entered in favor of International Sourcing Group LTD, whose address is 30555 Solon Industrial Parkway, Solon, Ohio 44139, and against Warehouse Holdings, Inc., whose address is 1015 Atlantic Blvd, Ste 516, Atlantic Beach, FL 32233, in the amount of $212,634.49, which is inclusive of $196,781.86 in compensatory damages, $10,852.63 in prejudgment interest, and $5,000.00 in attorneys' fees and costs, together with post-judgment interest at the legal rate from the date of judgment until the judgment is fully paid, for which let execution now issue.

**DONE AND ORDERED** in Jacksonville, Florida the 7th day of November, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record

2